# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **PATRICK MAYS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00352-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **MAURY CORRECTIONAL INSTITUTION,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2023 Memorandum of Decision and Order.

February 8, 2023

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court